■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO TAYLOR, Appellant. [715 NYS2d 655] —Appeals by the defendant from (1) a judgment of the Supreme Court, Kings County (Carroll, J.), rendered November 14, 1997, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree, criminal possession of a controlled substance in

the seventh degree, and endangering the welfare of a child, upon a jury verdict, and imposing sentence, and (2) a resentence of the same court, imposed March 31, 1998, modifying the sentence imposed upon the convictions of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree.

Ordered that the judgment and resentence are affirmed.

The defendant's bare assertion that the prosecutor used a disproportionate number of peremptory challenges to exclude black individuals from the jury was insufficient to make a prima facie showing of discrimination under *Batson (see, Batson v Kentucky,* 476 US 79; *People v Jenkins,* 84 NY2d 1001, 1003; *People v Childress,* 81 NY2d 263, 266; *People v Williams,* 253 AD2d 901; *People v Gray,* 243 AD2d 648). Thompson, J. P., Luciano, Feuerstein and Schmidt, JJ., concur.